# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

vs.

**ALVIN C. LOVE,**
**Defendant.**                                    No. 10 - CR - 30073 DRH

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

**HERNDON, Chief Judge:**

On November 5, 2010, this Court entered a preliminary order of forfeiture against defendant Alvin C. Love for the following property, which had been seized from him:

> **One Sportarms, FM Hi Power, 9mm semiautomatic handgun, bearing serial number 386258 and any and all ammunition contained therein, seized on January 4, 2010, from Alvin C. Love (10-ATF-015444).**

The preliminary order further provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1). The Court notes that notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning November 11, 2010, and ending December 10, 2010, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to § 853(n)(7), that no third-party

petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the preliminary order of forfeiture filed on November 5, 2010, namely:

**One Sportarms, FM Hi Power, 9mm semiautomatic handgun, bearing serial number 386258 and any and all ammunition contained therein, seized on January 4, 2010, from Alvin C. Love (10-ATF-015444).**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. Said disposal may, at the discretion of the United States, include the destruction of the property. Said destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms and Explosives.

Pursuant to RULE 32.2 of the FEDERAL RULES OF CRIMINAL PROCEDURE, the Court enters this Order notwithstanding the fact that defendant's conviction is currently on appeal. However, the United States shall not dispose of the forfeited property until after the ultimate decision on appeal becomes final.

**IT IS SO ORDERED.**

Signed this 4th day of April, 2011.

Digitally signed by David R. Herndon
Date: 2011.04.04 16:10:42 -05'00'

**Chief Judge
United States District Court**